UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. $\underline{17-8216-WM}$

FILED BY _____ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

---

IN RE SEALED CRIMINAL
COMPLAINT.

**UNDER SEAL**

---

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests this motion, criminal complaint, accompanying affidavit, arrest warrant, bond recommendation form, and any resulting order be SEALED until further order of this Court, excepting the United States Attorney's Office, the Immigration and Customs Enforcement (ICE) Homeland Security Investigations, and ICE Enforcement and Removal Operations, for the reason that the defendants may flee should knowledge of the criminal complaint, arrest warrant, and supporting documents become public.

Respectfully submitted,
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____

EMILY A. ROSE
Special Assistant United States Attorney
Court ID No. A5502275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9136
Fax: (305) 530-7976
Emily.Rose@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NO.   $17-8216-WM$

IN RE SEALED CRIMINAL
COMPLAINT.

FILED BY _____ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W. PB.

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the

motion, affidavit, attachments, and order, and the Court finding good cause:

IT IS HEREBY ORDERED that this this motion, criminal complaint, accompanying

affidavit, arrest warrant, bond recommendation form, and Order shall be filed under seal until

further order of this Court.   However, the United States Attorney's Office, the Immigration and

Customs Enforcement (ICE) Homeland Security Investigations, and ICE Enforcement and

Removal Operations, may obtain copies of any motion, affidavit, and order, or other sealed

document for any necessary cause.

DONE AND ORDERED in West Palm Beach, Florida, this _____ day of June, 2017.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date 6/9/2017

AO 91 (Rev. 08/09)   Criminal Complaint

FILED BY _____ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

United States of America      )
v.                            )
GIORGI ABRAKHAMIA,            )   Case No.  17-8216 - WM
GIORGI KOKUASHVILI, and       )
MIKHEIL GOGIASHVILI,          )
                              )

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 25 - 29, 2016_____ in the county of _____Palm Beach_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) | Conspiracy to encourage and induce an alien, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and would be in violation of law. |
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) | Encouraging and inducing an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and would be in violation of the law. |

This criminal complaint is based on these facts:

See attached affidavit.

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date  6 / 9 / 2017

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jaime Haniff, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  June 9, 2017

_____
_Judge's signature_

City and state:      West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
_Printed name and title_

## **AFFIDAVIT**

Your Affiant, Jaime Haniff, having been duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge, information and belief:

1.      I am employed as a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed for approximately eight (8) years.  I am currently assigned to the Office of the Resident Agent in Charge (RAC) Key West, Florida, and was previously assigned to the Office of the Special Agent in Charge (SAC) San Diego, California.  Prior to my employment with HSI, I was employed as a Customs & Border Protection (CBP) Officer for seven (7) years in Miami, Florida, and as a Federal Bureau of Prisons (BOP) Correctional Officer for three (3) years in New York, New York.  Your affiant has participated in several investigations involving violations of federal law, including cases of Customs and Immigration Fraud, Money Laundering, Drug Smuggling, and Alien Smuggling.

2.      The following information is based on my personal knowledge of this investigation and information provided to me by other law enforcement officers.  Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known to me in connection with this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Giorgi ABRAKHAMIA, Giorgi KOKUASHVILI, and Mikheil GOGIASHVILI did knowingly conspire to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), and did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States,

1

knowing and in reckless disregard of the fact that such coming to, entry, and residence is and would be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

3.      On or about September 25, 2016, Royal Bahamian Police Force (RBPF) officers assigned to the Port of Freeport Harbor Police Station, Grand Bahama, Bahamas, encountered and questioned two Caucasian males operating two Yamaha jet-skis bearing Florida registrations. One of the jet-ski operators presented Pennsylvania driver's license # XXXXX919, bearing the name Giorgi KOKUASHVILI.   The other jet-ski operator refused to present identification. KOKUASHVILI and the other jet-ski operator both then absconded on the jet-skis. KOKUASHVILI's license was left behind, and jet-ski bearing Florida registration number FL2992RD was later found beached ashore in Freeport, Bahamas.  RBPF retained custody of both the license and the jet-ski, but was unable to locate KOKUASHVILI and the other jet-ski operator.

4.      On or about September 27, 2016, staff at the Sailfish Marina located at 98 Lake Drive, Palm Beach Shores, Florida, called Palm Beach Sheriff's Office (PBSO) to report an abandoned vessel.  PBSO Marine Deputies along with other federal law enforcement agents responded to the marina and discovered a white 1996 Regulator, center-console, approximately 26 feet in length, with two Evinrude E-Tech 250hp outboard motors, bearing Bahamian registration number GB01790 and Hull Identification Number (HIN) DJI26189D696.  Vessel GB01790 was transported to the United States Coast Guard (USCG) Lake Worth Inlet Station and turned over to the custody of United States Border Patrol (USBP).  The vessel was processed by USBP as a recovered stolen vessel and then transferred to the custody of a private salvage company which

2

then coordinated return of the vessel to the owner, P.K. Records checks revealed that there was no record of reporting to CBP for legal entry of vessel GB01790 or its occupants into the United States.

5.      On or about February 2, 2017, your Affiant and another HSI SA interviewed individuals A.B. and I.B. in Sunny Isles, Florida. A.B. and I.B. claimed that on or about September 25, 2016, they rented out their two 2016 Yamaha jet-skis with Florida registration numbers FL2992RD and FL2988RD to Giorgi ABRAKHAMIA, Mikheil GOGIASHVILI, and Giorgi KOKUASHVILI, at a boat ramp in Boynton Beach, Florida. KOKUASHVILI used what was later determined to be a fake Maryland driver's license bearing the name "Giorgi Esebua" to rent the jet-skis. A.B. claimed that ABRAKHAMIA and KOKUASHVILI operated the jet-skis, and GOGIASHVILI remained on land in a black BMW sedan. A.B. and I.B. provided your Affiant with copies of the rental agreements which showed payment for the jet-skis was made with GOGIASHVILI's Bank of America Visa card ending in 4601. The rental agreement was signed by GOGIASHVILI and KOKUASHVILI using the false name "Giorgi Esebua." Phone number XXX-XXX-2372 subscribed to KOKUASHVILI, and XXX-XXX-5683, subscribed to ABRAKHAMIA, were also listed on the rental agreements. Records checks revealed that GOGIASHVILI, KOKUASHVILI, and ABRAKHAMIA are all Georgian nationals who were residing in the United States.

6.      On or about February 13, 2017, your Affiant met with a third HSI SA at the HSI Office of the Assistant Special Agent in Charge (ASAC) West Palm Beach. The HSI SA provided your Affiant with a CD copy of video footage recorded on September 27, 2016 from the Sailfish Marina security surveillance cameras. The video showed four adult white males arrive at

3

the Sailfish Marina on a vessel. The video then showed the men disembark and walk on the dock away from the vessel toward an exit next to a parking lot. The video then showed the four men standing and waiting while one of the men made phone calls on a cell phone. The video then showed a taxicab minivan arrive picking up the four men and departing the parking lot.

7. On March 17, 2017, your Affiant spoke over the phone with P.K., owner of Bahama Breeze Company in Port Lucaya Marina, Freeport, Grand Bahama, Bahamas. P.K. stated that on September 27, 2016, at approximately 11:00 a.m., he was approached by an unidentified Caucasian male, dark hair, slim build, with a few teeth missing on one side of the mouth, inquiring as to the cost of a fishing charter boat trip for four individuals. P.K. claimed to have replied that the trip would cost $700 for four hours. P.K. said the unidentified male wanted to confirm with three other companions before booking the charter. P.K. stated that at approximately 12:30 p.m., he received a phone call from an unidentified male who stated the four individuals were ready to go fishing. P.K. said that at approximately 12:50 p.m., four men arrived at Port Lucaya Marina where P.K. introduced the four men to the boat captain, W.M. P.K. said he received $700 cash for the boat rental. P.K. stated that the four men and W.M. departed the marina aboard Bahamian flagged fishing charter vessel bearing registration GB01790. P.K. claimed that later that day he received a phone call from RBPF who advised that W.M. was assaulted and vessel GB01790 was stolen.

8. On March 27, 2017, your Affiant received an email from M.A., General Manager for the Pelican Bay Hotel located in Port Lucaya, Freeport, Grand Bahama Island, Bahamas. The email contained a hotel invoice, which showed that E.R.D.S. and A.F.M. checked into the hotel on September 25, 2016, checked out on September 27, 2016, and stayed in room 314. The email also

4

contained copies of E.R.D.S.' Brazilian passport and A.F.M.'s Brazilian identification card. Additional evidence in the email revealed hotel security surveillance camera photos, which captured four men walking on the outside perimeter of the hotel alongside marina docks. These four men were a positive match to the four men captured by security surveillance cameras at the Sailfish Marina on September 27, 2016. Specifically, security camera footage from Sailfish Marina showed the four men arrive at the Sailfish Marina dressed in the same clothes that they wearing when they departed from the Pelican Bay Hotel.

9.      Records checks of immigration databases revealed that E.R.D.S. and A.F.M. are Brazilian nationals who did not have legal status in the United States. Further, neither of them had lawful permission to enter the United States on or about September 27, 2016.

10.     On May 18, 2017, your Affiant and a fourth HSI SA interviewed A.F.M. at the St. Tammany Parish Jail located in Covington, Louisiana. Your Affiant advised A.F.M. of his *Miranda* rights. A.F.M. indicated he understood and decided to waive his rights. A.F.M. admitted KOKUASHVILI and ABRAKHAMIA smuggled him and E.R.D.S. from the Bahamas to South Florida. A.F.M. positively identified E.R.D.S., KOKUAHSVILI, ABRAKHAMIA, and GOGIASHVILI from 6-pack photo lineups. Additionally, A.F.M. was shown a still photo of the four individuals depicted in the security footage taken at the Sailfish Marina. He positively identified himself and E.R.D.S., along with the smugglers, ABRAKHAMIA and KOKUASHVILI, as the four individuals who arrived at Sailfish Marina. A.F.M. also positively identified the stolen vessel bearing Bahamian registration number GB01790 as the boat used for the smuggling event. A.F.M. claimed to have witnessed the persons he identified as KOKUASHVILI and ABRAKHAMIA push W.M. off the boat into the ocean about a mile off the

Bahamian coast.

11.    A.F.M. further claimed that upon arrival at the Sailfish Marina, he, E.R.D.S., ABRAKHAMIA, and KOKUASHVILI were picked up by a taxi which took them to a store parking lot where a black BMW sedan arrived driven by GOGIASHVILI. A.F.M. claimed that he, E.R.D.S., ABRAKHAMIA, and KOKUASHVILI entered the black BMW driven by GOGIASHVILI who then drove to a small hotel nearby where they all stayed for the night. A.F.M. said his associate then arrived at the hotel and paid $12,000 cash to GOGIASHVILI, KOKUASHVILI, and ABRAKHAMIA, for the successful smuggling of A.F.M. into the United States.    A.F.M. claimed to have observed GOGIASHVILI, KOKUASHVILI, and ABRAKHAMIA divide the money.    A.F.M. stated he then departed the hotel with his associate to Louisiana to meet with his brother, A.M.

12.    On May 18, 2017, your Affiant and the same HSI SA interviewed Brazilian national, A.M., at the St. Tammany Parish Jail.    Your Affiant advised A.M. of his *Miranda* rights. A.M. indicated he understood and decided to waive his rights.    A.M. stated that on September 27, 2016, he withdrew $12,000 cash to pay the men who smuggled his brother, A.F.M., from the Bahamas to south Florida.    A.M. claimed that he received a phone call from A.F.M., who was staying at a hotel in Florida with the alien smugglers.    A.M. claimed to have paid an associate $400 to transport the $12,000 cash from Louisiana to Florida, and to give the $12,000 to the men who smuggled A.F.M.    A.M. said that once the alien smugglers were paid, A.F.M. departed with the associate back to Louisiana.    A Currency Transaction Report also revealed A.M. withdrew $12,000 from his JP Morgan Chase account on September 27, 2016.

13.    On May 24, 2017, a HSI SA Attache in the Bahamas provided your Affiant with

6

6-pack photo identifications from W.M.   On May 11, 2017, W.M. positively identified KOKUASHVILI and ABRAKHAMIA from 6-pack photo lineups as the men who stabbed and pushed him off vessel GB01790 while at sea on September 27, 2016.   W.M. claimed he tried to climb back on the boat, but was held down by KOKUASHVILI and then stabbed in the left arm by ABRAKHAMIA.   The HSI SA Attache also provided your Affiant with photos of W.M.'s stab wounds.

14.      On May 24, 2017, your Affiant interviewed S.G., manager of Curtis Inn & Suites located at 1501 South Federal Highway, Hollywood, Florida, who positively identified GOGIASHVILI and ABRAKHAMIA from 6-pack photo lineups.   S.G. provided four hotel invoices which showed that GOGIASHVILI checked into the hotel on September 24, 2016, checked out on September 29, 2016, and stayed in room 101 which is near the lobby entrance. The first invoice paid was for the first two nights, and the next three invoices were for one night each which were paid individually.   The invoices showed payment for the hotel was made with GOGIASHVILI's Visa card ending in 6581.   S.G. also provided a copy of GOGIASHVILI's United States Employment Authorization Card.   S.G. claimed that GOGIASHVILI was alone for the first three nights but then was joined by four other men on the fourth night.   S.G. said he kicked GOGIASHVILI and the other men out of the hotel for having excessive occupants in the room.   The Curtis Inn & Suites is located next to the Hollywood Police Department.   During a follow-up phone interview on June 5, 2017, A.F.M. claimed that the hotel he stayed at in Florida with E.R.D.S., ABRAKHAMIA, GOGIASHVILI, and KOKUASHVILI was next to a police department.   A.F.M. also said that the hotel room was on the first floor near the lobby entrance.

15.      Based on the foregoing facts, your Affiant submits there is probable cause that from

7

on or about September 25, 2016 and continuing through September 29, 2016, Giorgi

KOKUASHVILI, Giorgi ABRAKHAMIA, and Mikheil GOGIASHVILI did knowingly conspire

to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in

reckless disregard of the fact that such coming to, entry, and residence is and would be in violation

of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), and on or about

September 27, 2016, did knowingly and willfully encourage and induce an alien to come to, enter,

and reside in the United States, knowing and reckless disregard of the fact that such coming to,

entry, and residence is and would be in violation of law, in violation of Title 8, United States Code,

Section 1324(a)(1)(A)(iv).

FURTHER AFFIANT SAYETH NAUGHT.

JAIME HANIFF, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before
me this the ___ day of June 2017.

HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 6/9/2017

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 17-8216-WM

UNITED STATES OF AMERICA

v.

**GIORGI ABRAKHAMIA,**
**GIORGI KOKUASHVILI, and**
**MIKHEIL GOGIASHVILI,**

    **Defendants.**
_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United
     States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.   Did this matter originate from a matter pending in the Central Region of the United States
     Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                    Respectfully submitted,

                    BENJAMIN G. GREENBERG
                    ACTING UNITED STATES ATTORNEY

            By:  _____
                    EMILY A. ROSE
                    Special Assistant United States Attorney
                    Court ID No. A5502275
                    99 Northeast 4th Street
                    Miami, Florida 33132-2111
                    Tel: (305) 961-9136
                    Fax: (305) 530-7976
                    Emily.Rose@usdoj.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | )  | |
|---|---|---|
| v. | ) | Case No. 17-8216-WM |
| | ) | |
| GIORGI KOKUASHVILI, | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GIORGI KOKUASHVILI                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to encourage and induce an alien to come to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

Encouraging and inducing an alien to come to the United States, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iv).

Date: June 9, 2017

_____
*Issuing officer's signature*

City and state:     West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____         Certified to be a true and correct copy of the document on file         |
| Date: _____         Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida         _____ *Arresting officer's signature* |
| By _____ Deputy Clerk         Date 6/19/2017         _____ *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

### *(Not for Public Disclosure)*

Name of defendant/offender:   Giorgi Kokuashvili

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment:   UNK

Last known telephone numbers:   UNK

Place of birth:   Republic of Georgia

Date of birth:   05/13/1976

Social Security number:   A#: 205134670

Height:   5'10        Weight:   200

Sex:   Male         Race:   Caucasian

Hair:   Brown        Eyes:   Green

Scars, tattoos, other distinguishing marks:   UNK

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*:   UNK

FBI number: _____

Complete description of auto:   UNK

Investigative agency and address:   Homeland Security Investigations
Miami, Florida

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _17-8216-WM_

## BOND RECOMMENDATION

DEFENDANT: GIORGI KOKUASHVILI

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: Emily A. Rose

Last Known Address: 354 Doremus Avenue

Newark, NJ 07105

What Facility:     Essex County Correctional Facility

Agent(s):     Jaime Haniff
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  17-8216-WM |
| GIORGI ABRAKHAMIA, | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GIORGI ABRAKHAMIA ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to encourage and induce an alien to come to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(l).

Encouraging and inducing an alien to come to the United States, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iv).

Date:  June 9, 2017

_____
*Issuing officer's signature*

City and state:    West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date  6/9/2017

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Giorgi Abrakhamia

Known aliases:

Last known residence:   450 Golden Isles Drive Apt 3H, Hallandale Beach, FL 33009

Prior addresses to which defendant/offender may still have ties:
455 Golden Isles Drive Apt 202, Hallandale Beach, FL 33009

Last known employment:   UNK

Last known telephone numbers:   UNK

Place of birth:   Republic of Georgia

Date of birth:   06/22/1980

Social Security number:   A#: 205349533

Height:                                         Weight:   160

Sex:   Male                                     Race:   Caucasian

Hair:   Black                                   Eyes:   Brown

Scars, tattoos, other distinguishing marks:   UNK

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:   UNK

FBI number:

Complete description of auto:   UNK

Investigative agency and address:   Homeland Security Investigations
Miami, Florida

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: __17- 8216-WM__

### BOND RECOMMENDATION

DEFENDANT: GIORGI ABRAKHAMIA

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

SAUSA. Emily A. Rose

Last Known Address: 450 Golden Isles Drive Apt 3H

Hallandale Beach, FL 33009

What Facility:

Agent(s):      Jaime Haniff

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17-8216-WM |
| | ) | |
| MIKHEIL GOGIASHVILI, | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     MIKHEIL GOGIASHVILI                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to encourage and induce an alien to come to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

Encouraging and inducing an alien to come to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

Date:  June 9, 2017                                    _William Matthewman_
                                                                                    _Issuing officer's signature_

City and state:    West Palm Beach, Florida                  Hon. William Matthewman, U.S. Magistrate Judge
                                                                                    _Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ | | |
| at _(city and state)_ _____ | | |
| Date: _____ | | _Arresting officer's signature_ |
| | | _Printed name and title_ |

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____  Deputy Clerk
Date  6/9/2017

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Mikheil Gogiashvili

Known aliases: _____

Last known residence:    32 Hayward Place, Wallington, NJ 07057

Prior addresses to which defendant/offender may still have ties:    207 Cambridge Ave, Garfield, NJ 07026
450 Layne Blvd, Apt 7, Hallandale, FL 33009

Last known employment:    UNK

Last known telephone numbers:    UNK

Place of birth:    Republic of Georgia

Date of birth:    06/13/1987

Social Security number:    A#: 206978311

Height:    5'9      Weight:    UNK

Sex:    Male      Race:    Caucasian

Hair:    Black      Eyes:    Brown

Scars, tattoos, other distinguishing marks:    UNK

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*:    UNK

FBI number: _____

Complete description of auto:    UNK

Investigative agency and address:    Homeland Security Investigations
Miami, Florida

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____ 17-8216-WM

### BOND RECOMMENDATION

DEFENDANT: Mikheil Gogiashvili

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _EmilyARose_

SAUSA: Emily A. Rose

Last Known Address: 32 Hayward Place

Wallington, NJ 07057

What Facility:

Agent(s): Jaime Haniff

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI