UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

      V.                              MAG. NO. 2:17-MJ-8076 (LDW)

                                       :

MIKHEIL GOGIASHVILI
                                     : O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 19th day of June, 2017,

ORDERED that _____Candace Hom, AFPD_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

_____
Leda D. Wettre
U.S. Magistrate Judge